Judge Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff/ Respondent,<br><br>v.<br><br>TONY J. JACKSON,<br><br>    Defendant/Petitioner. | NO. C18-5657BHS<br><br>ORDER EXTENDING DUE DATE OF GOVERNMENT'S ANSWER TO 2255 MOTION |

This matter comes before the Court upon the filing of an unopposed motion to extend the due date of an Answer by the United States of America to Petitioner/Defendant Tony J. Jackson's Motion under Title 28, United States Code, Section 2255, and this Court having reviewed the entirety of the files and the reasons stated in the government's motion, hereby finds that good cause has been shown for an extension of the due date of an Answer by the United States,

IT IS THEREFORE ORDERED that the United States shall file and serve an answer no later than October 29, 2018. Any reply by Petitioner shall be filed and served

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

on or before November 16, 2018, and the Clerk shall renote the 2255 motion and the motion for discovery on the Court's November 16, 2018 calendar.

Dated this 10th day of October, 2018.

BENJAMIN H. SETTLE
United States District Judge

Presented by:
*/s/ Ye-Ting Woo*        
YE-TING WOO
Assistant United States Attorney