**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.: 3:18 – CV – 05657 – BHS |
| Plaintiff, | |
| vs. | **ORDER TO WITHDRAW** |
| TONY JUNIOR JACKSON, | |
| Defendant. | |

THIS MATTER having come on before the Court upon the Motion of the Court appointed attorney for the Petitioner, Tony Junior Jackson, and the Court having reviewed the records and files herein and having found the Petitioner alleging ineffective assistance of counsel and that counsel would be a witness if this matter proceeds, the Court hereby

Charles A. Johnston, Attorney at Law
202 East 34th Street, Tacoma, WA 98404
Tel.: (253) 473-3090; Fax: (253) 473-6633
charlesjohnston.law@gmail.com

1

2      ORDERS that the Motion of Court appointed attorney, Charles A. Johnston is granted and he no

3   longer has any responsibility to Petitioner in the above-entitled action or in his criminal action CR 14-

4   5242RJB

5      DATED this 16 day of September, 2018.

6

7                                              THE HONORABLE JUDGE SETTLE

       Presented by:
8

9      _Charles Johnston_

       CHARLES A. JOHNSTON/WSBA # 9058
10     Attorney for Defendant

11

12     Approved:

13

14     _____

       U.S. Attorney
15

16

17

18

19

20

21

22

23

24

25

Charles A. Johnston, Attorney at Law
202 East 34th Street, Tacoma, WA  98404
Tel.: (253) 473-3090; Fax: (253) 473-6633
charlesjohnston.law@gmail.com