1    The Hon. Benjamin Settle

2

3

4

5

6

7

8

9           IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF WASHINGTON
10                       AT TACOMA

11                                    )
     TONY J. JACKSON,                 )   CAUSE NO. 18-cv-05657-BS
12                                    )
          Petitioner,                 )
13                                    )   STIPULATION AND ORDER
          v.                          )   REGARDING STATUS REPORT
14                                    )   DEADLINE
     UNITED STATES OF AMERICA,        )
15                                    )   **Noted for October 18, 2022**
          Respondent.                 )
16                                    )
                                      )
17                                    )
                                      )
18   _____)

19

20        IT IS HEREBY AGREED AND STIPULATED by the Petitioner, through

21   his attorney, Neil M. Fox, and the Respondent, the United States of America,

22   through AUSA Todd Greenberg, that the deadline for the **STATUS REPORT**

23   ordered to be filed by October 21, 2022, shall be extended until **October 28,**

24   **2022** and the matter renoted on that date.

25

26

27

28

STIPULATION AND ORDER REGARDING STATUS          **Law Office of Neil Fox, PLLC**
REPORT DEADLINE - Page 1 *Jackson v. United States*,   **2125 Western Ave., Ste. 330**
18-cv-05657-BS                                   **Seattle, Washington 98121**
                                                 **206-728-5440**

1    This new deadline is requested because communication between counsel

2  and his client, Mr. Jackson, is complicated by Mr. Jackson's incarceration in

3  FCI Herlong in California.

4    DATED this 18th day of October 2022.

5    Respectfully submitted,

6

7    s/ Neil M. Fox
     NEIL M. FOX
8    Attorney for Petitioner

9

10   NICHOLAS BROWN
     United States Attorney
11   Western District of Washington

12   s/ Todd Greenberg
     TODD GREENBERG
13   Assistant United States Attorney

14

15   **ORDER**

16   Based upon the stipulation of the parties and for good cause shown,

17  IT IS SO ORDERED.

18   The schedule noted in Dkt. No. 77 is modified.  The parties shall file the

19  **STATUS REPORT** by October 28, 2022, and the clerk shall **RENOTE**

20  Jackson's Motion, Dkt. 1, to the Court's **October 28, 2022,** calendar.

21   Dated: October 19, 2022.

22

23

24   _____

25   THE HONORABLE BENJAMIN SETTLE

26   United States District Court Judge

27

28

STIPULATION AND ORDER REGARDING STATUS
REPORT DEADLINE - Page 2 *Jackson v. United States*,
18-cv-05657-BS

Law Office of Neil Fox, PLLC
2125 Western Ave., Ste. 330
Seattle, Washington 98121
206-728-5440

1

CERTIFICATE OF SERVICE

2

      I hereby certify that on the 18th day of October 2022, I electronically filed
the foregoing with the Clerk of the Court using the CM/ECF system which will

3

send notification of such filing to attorney of record for the Respondent and all
other parties.

4

5

      I certify under penalty of perjury under the laws of the United States that
the foregoing is true and correct.

6

      DATED this 18th day of October 2022, at Seattle, Washington

7

s/ Neil M. Fox
Attorney for Petitioner

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER REGARDING STATUS
REPORT DEADLINE - Page 3 *Jackson v. United States*,
18-cv-05657-BS

**Law Office of Neil Fox, PLLC**
**2125 Western Ave., Ste. 330**
**Seattle, Washington 98121**
**206-728-5440**